UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY PRICE | CIVIL ACTION |
| VERSUS | NUMBER: 10-00411 |
| JUDGE ROSE LEDET, OFFICIALLY AND IN HER PERSONAL CAPACITY; ET AL. | SECTION: "F"(5) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against Judge Ledet are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i)-(iii).

New Orleans, Louisiana, this 20th day of July, 2010.

UNITED STATES DISTRICT JUDGE